```
 1
 2
 3
 4
 5
 6
 7
 8                      United States District Court
 9                     Eastern District of California
10
11
12  Jose Beltran Lopez,
13         Petitioner,              No. Civ. S 05-1918 DFL PAN P
14      vs.                         Order
15  Darryl Adams, Warden, et al.,
16         Respondents.
17                            -oOo-
18      Petitioner, a prisoner without counsel, seeks to commence a
19  habeas corpus proceeding.
20      To commence a habeas corpus proceeding, a petitioner must
21  pay the $5.00 filing fee required by 28 U.S.C. § 1914(a) or
22  request leave of court to proceed in forma pauperis and submit
23  the affidavit and trust account statement required by 28 U.S.C.
24  § 1915(a).
25      Petitioner has neither paid the fee nor submitted an
26  application for leave to proceed in forma pauperis.
```

1 | Within 30 days from the day this order is signed petitioner
2 | may submit either the filing fee or the application required by
3 | section 1915(a). The clerk of the court is directed to mail to
4 | petitioner a form application for leave to proceed in forma
5 | pauperis. Failure to comply with this order will result in this
6 | file being closed.
7 | So ordered.
8 | Dated: September 29, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge