IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE BELTRAN LOPEZ,

    Petitioner,                         No. CIV S-05-1918 DFL PAN P

    vs.

DARRYL ADAMS, Warden,

    Respondent.                   ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 1, 2005, respondent filed a motion to dismiss. Petitioner has not filed an opposition or a notice of non-opposition.

        Respondent contends that petitioner has no federally protected liberty interest in parole. That question is pending before the appellate court in <u>Sass v. California Board of Prison Terms</u>, Case No. 05-16455. The appellate court heard oral arguments March 16, 2006.

/////

/////

/////

/////

/////

Good cause appearing, IT IS HEREBY ORDERED that respondents' December 1, 2005, motion is denied without prejudice to its renewal within 30 days from the date the appellate court issues a final decision in <u>Sass</u>.

DATED: April 24, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/004; lope1918.dny mtd