IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE BELTRAN LOPEZ,

    Petitioner,   No. CIV S-05-1918 RRB EFB P

  vs.

DARRYL ADAMS, Warden,

    Respondent.   ORDER
_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This action proceeds on the petition filed September 22, 2005, in which petitioner challenges the denial of release to parole. On December 1, 2005, respondent filed a motion to dismiss on the ground that California prisoners have no federally protected interest in release to parole. On April 25, 2006, the court denied the motion without prejudice to renewal should the Ninth Circuit determine that there is no such interest. On August 31, 2006, the Ninth Circuit clarified whatever doubt may have existed on this question and specifically held that California prisoners have a federally protected liberty interest in release to parole. *Sass v. California Board of Prison Terms*, 461 F.3d 1123 , 1127 (9th Cir. 2006). Accordingly the issue is now resolved but respondent has not answered the petition.

////

Accordingly, it is ORDERED that:

1. Respondent shall file and serve either an answer or a motion in response to petitioner's application within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. Any response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Fed. R. Governing § 2254 Cases.

2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 15 days thereafter.

Dated: October 9, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE